# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| DETLEF AND ALEXANDREA SEMRAU, | : No. 658 MAL 2014 |
| | : |
| Petitioners | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| v. | : |
| | : |
| | : |
| | : |
| BANK OF AMERICA CO., | : |
| | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 30th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.